# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STARR, ROGER DENNIS  § Case No. 12-50514
STARR, VALERIE OTT  §
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 on 9/5/13 in Courtroom 240, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013    By: /s/CHARLES J. MYLER
                                  Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: STARR, ROGER DENNIS | § | Case No. 12-50514 |
| STARR, VALERIE OTT | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,960.00 |
| **Balance on hand:** | $ 4,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 552.50 | 0.00 | 552.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,802.50 |
| Remaining balance: | $ 3,157.50 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,157.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,157.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 288,306.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,422.39 | 0.00 | 114.15 |
| 2 | Discover Bank | 6,500.76 | 0.00 | 71.20 |
| 3 | Quantum3 Group LLC as agent for | 277.86 | 0.00 | 3.04 |
| 4 | Capital One Bank (USA), N.A. | 4,330.28 | 0.00 | 47.42 |
| 5 | Capital One Bank (USA), N.A. | 5,470.77 | 0.00 | 59.92 |
| 6 | Capital One Bank (USA), N.A. | 4,214.21 | 0.00 | 46.15 |
| 7 | CERASTES, LLC | 14,956.78 | 0.00 | 163.80 |
| 8 | FIA CARD SERVICES, N.A. | 11,712.25 | 0.00 | 128.27 |
| 9 | FIA CARD SERVICES, N.A. | 27,439.81 | 0.00 | 300.52 |
| 10 | FIA CARD SERVICES, N.A. | 43,244.82 | 0.00 | 473.61 |
| 11 | American Express Centurion Bank | 589.72 | 0.00 | 6.46 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | American Express Centurion Bank | 1,067.95 | 0.00 | 11.70 |
| 13 | Garvin Manhart | 24,000.00 | 0.00 | 262.85 |
| 14 | Capital One, N.A. (Menards) | 5,898.94 | 0.00 | 64.60 |
| 15 | Kosia Properties LLC | 71,924.12 | 0.00 | 787.70 |
| 16 | UMB Bank, Na | 3,532.97 | 0.00 | 38.69 |
| 17 | eCAST Settlement Corporation, assignee | 12,699.44 | 0.00 | 139.08 |
| 18 | eCAST Settlement Corporation, assignee | 11,200.77 | 0.00 | 122.67 |
| 19 | eCAST Settlement Corporation, assignee | 4,159.56 | 0.00 | 45.56 |
| 20 | eCAST Settlement Corporation, assignee | 19,560.35 | 0.00 | 214.22 |
| 21 | eCAST Settlement Corporation, assignee | 3,829.20 | 0.00 | 41.94 |
| 22 | US Bank N.A. | 649.16 | 0.00 | 7.11 |
| 23 | US Bank N.A. | 624.35 | 0.00 | 6.84 |

Total to be paid for timely general unsecured claims:   $   3,157.50
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-50514-CAD
Roger Dennis Starr                                                  Chapter 7
Valerie Ott Starr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan           Page 1 of 3           Date Rcvd: Aug 12, 2013
                              Form ID: pdf006           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2013.
```
db/jdb      +Roger Dennis Starr,    Valerie Ott Starr,    33W349 Woodmere Lane,    P.O. Box 170,
              Wayne, IL 60184-0170
aty        #+Richard G Larsen,    Myler Ruddy & McTavish,    105 East Galena Blvd 8th Flr,
              Aurora, IL 60505-3357
19861797    +AT&T/Citi Cards,    P.O. Box 44167,    Jacksonville, FL 32231-4167
19861795    +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
19861796     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
20271352     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19861799   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    P.O. Box 982235,    El Paso, TX 79998)
19861803     BP Oil,    P.O. Box 15153,    Wilmington, DE 19886-5153
19861800    +Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
19861798     Bank of Amercia,    pobox851001,    Dallas, TX 75285-1001
19861801    +Barbara Manhart,    c/o Frisse & Brewster Law Offices,    307 West Wood, P.O. Box 430,
              Paris, IL 61944-0430
20000796    +Barbara Manhart,    7357 N. 1900th Street,    West Union, IL 62477-2233
19861802    +Barclays Bank of Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
19861810     CHASE,    pobox15153,    Wilmington, DE 19886-5153
19861804    +Capital One Bank (Menards),    P.O. Box 5253,    Carol Stream, IL 60197-5253
19861805     Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
20118852     Capital One Bank (USA), N.A.,    by American Infosource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20351353    +Capital One, N.A. (Menards),    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
              Tucson, AZ 85712-1083
19861806     Card Services,    P.O. Box 219736,    Kansas city, MO 64121-9736
19861807     Carsons,    P.O. Box 659813,    San Antonio, TX 78265-9113
19861809     Chase,    P.O. Box 9001020,    Louisville, KY 40290-1020
19861808    +Chase,    P.O. Box 901039,    Fort Worth, TX 76101-2039
19861812    +Chase Bank USA, N.A.,    P.O. Box 15153,    Wilmington, DE 19850-5153
19861811    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
19861813    +Chase Bank USA, N.A. (BP card),    P.O. Box 15298,    Wilmington, DE 19850-5298
19861814     Citibank,    Attention: Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
19861816    +Credit First, N.A.,    P.O. Box 81315,    Cleveland, OH 44181-0315
19861817    +Credit Protection Association,    13355 Noel Rd.,    Dallas, TX 75240-6837
19861818    +Credit protection services,    Two Wellis Ave.,    Newton, MA 02459-3246
19861819    #Creditors Interchange Receable Mgmt.,    80 Holtz Dr.,    Cheektowaga, NY 14225-1470
20228922     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19861821     Firestone Complete Auto Care,    P.O. Box 81410,    Cleveland, OH 44181-0410
19861823    +Frisse & Brewster Law Offices,    2901 Ohio Boulevard,    Suite 275,    Terre Haute, IN 47803-2299
20000795    +Garvin Manhart,    Roy Jackson Dent,    Brankey & Smith PC,    622 Jackson Ave,
              Charleston, IL 61920-2032
19861825    +Global Credit Collections,    300 International Dr.,    Suite 100; Box 201,
              Williamville, NY 14221-5783
19861826    +Grenada Lake Medical Center,    960 Avent Dr.,    Grenada, MS 38901-5230
19861828    +Jerzy Kosla,    1981 Terminal Way,    Reno, NV 89502-3215
20355879    +Kosia Properties LLC,    George Kosla Kosla Properties Las Vagas,
              c/o Law Offices of Michael B Springer PC,    9628 Prototype Court,    Reno, NV 89521-5976
19861829     Kosla Properties Las Vegas, LLC,    c/o State Agent & Transf. Syndicate,    112 N. Curry Street,
              Carson City, NV 89703-4934
19861830    +Kosla Properties, LLC,    1981 Terminal Way,    Reno, NV 89502-3215
19861831    +Law Office of Michael B Spencer, PC,    Attention: Jeffrey S. Spencer, Esq.,
              9628 Prototype Court,    Reno, NV 89521-5976
19861832     NES of Ohio,    29125 Solon Road,    Solon, OH 44139-3442
19861833     Northstar Location Services, LLC,    4285 Genesee Street,    Cheeklowaga, NY 14225-1943
19861835     Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
19861836    +Sears/CitiBank South Dakota,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
19861838    +UMB Bank, Na,    P.O. Box 419734,    Kansas City, MO 64141-6734
19861837   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 6335,    Fargo, ND 58125-6335)
19861839    +William P. Volk,    8670 W. Cheyenne Ave.,    Suite 320,    Las Vegas, NV 89129-7457
20414339     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20185383    +E-mail/Text: bncmail@w-legal.com Aug 13 2013 02:23:58     CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19861815     E-mail/Text: delwanda_byrd@cable.comcast.com Aug 13 2013 02:26:27     Comcast,   P.O. Box 105184,
              Atlanta, GA 30348-5184
19861820     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2013 02:42:54
              Discover Financial Services, LLC,    P.O. Box 15316,    Wilmington, DE 19850
20016322     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2013 02:42:43     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0752-1          User: esullivan            Page 2 of 3              Date Rcvd: Aug 12, 2013
                              Form ID: pdf006            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19861822      E-mail/Text: Bankruptcy@fpl.com Aug 13 2013 02:19:49     Florida Power and Light Company,
              General Mail Facilty,   Miami, FL 33188-0001
19861824     +E-mail/Text: administration@gatestoneco.com Aug 13 2013 02:21:15     Gatestone,  P.O. Box 101928,
              Dept 4947A,   Birmingham, AL 35210-6928
19861827      E-mail/Text: Bankruptcy@icsystem.com Aug 13 2013 02:23:25     IC System, Inc.,
              444 Highway 96 EAST,,   pobox 64437,   St Paul,, MN 55164-0437
20080754      E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2013 02:22:06
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Ruddy & McTavish
20272655*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20191710*     +CERASTES, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
20432861*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   Bankruptcy Department,   PO BOX 5229,
              Cincinnati, Ohio 45201)
20414340*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
20414341*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
20414342*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
20414343*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
19861834    ##+Ocwen Loan Servicing LLC,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
                                                                              TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013**          **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan            Page 3 of 3               Date Rcvd: Aug 12, 2013
                              Form ID: pdf006            Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2013 at the address(es) listed below:

```
              Charles J Myler    candkmyler850@sbcglobal.net,   IL57@ecfcbis.com
              Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,   kmyler@mrmlaw.com
              Lawrence W Lobb    on behalf of Joint Debtor Valerie Ott Starr lwl@batavialaw.com
              Lawrence W Lobb    on behalf of Defendant Valerie Ott Starr lwl@batavialaw.com
              Lawrence W Lobb    on behalf of Debtor Roger Dennis Starr lwl@batavialaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy J Dent    on behalf of Creditor Barbara  Manhart rdent@brankeysmithpc.com,
               cwebster@brankeysmithpc.com
              Roy J Dent    on behalf of Creditor Garvin  Manhart rdent@brankeysmithpc.com,
               cwebster@brankeysmithpc.com
              Roy J Dent    on behalf of Plaintiff Barbara  Manhart rdent@brankeysmithpc.com,
               cwebster@brankeysmithpc.com
              Roy J Dent    on behalf of Plaintiff Garvin  Manhart rdent@brankeysmithpc.com,
               cwebster@brankeysmithpc.com
                                                                                             TOTAL: 10
```