**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: STARR, ROGER DENNIS             § Case No. 12-50514
      STARR, VALERIE OTT                §
                                        §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $818,695.93            Assets Exempt: $6,516.03
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,137.50       Claims Discharged
                                                  Without Payment: $588,074.58

Total Expenses of Administration: $1,862.50

---

    3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,862.50 | 1,862.50 | 1,862.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 411,866.95 | 288,306.46 | 288,306.46 | 3,137.50 |
| **TOTAL DISBURSEMENTS** | $411,866.95 | $290,168.96 | $290,168.96 | $5,000.00 |

4) This case was originally filed under Chapter 7 on December 28, 2012. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2013          By: /s/CHARLES J. MYLER
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock: 200 shares of The Walt Disney Company | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 552.50 | 552.50 | 552.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,862.50 | $1,862.50 | $1,862.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,422.39 | 10,422.39 | 113.43 |
| 2 | Discover Bank | 7100-000 | 16,338.00 | 6,500.76 | 6,500.76 | 70.74 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 277.86 | 277.86 | 3.02 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 4,044.00 | 4,330.28 | 4,330.28 | 47.12 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 5,150.00 | 5,470.77 | 5,470.77 | 59.54 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 7,951.22 | 4,214.21 | 4,214.21 | 45.86 |
| 7 | CERASTES, LLC | 7100-000 | N/A | 14,956.78 | 14,956.78 | 162.77 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 11,712.25 | 11,712.25 | 127.46 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 27,439.81 | 27,439.81 | 298.61 |
| 10 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 43,244.82 | 43,244.82 | 470.61 |
| 11 | American Express Centurion Bank | 7100-000 | N/A | 589.72 | 589.72 | 6.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | American Express Centurion Bank | 7100-000 | 1,461.33 | 1,067.95 | 1,067.95 | 11.62 |
| 13 | Garvin Manhart | 7100-000 | N/A | 24,000.00 | 24,000.00 | 261.18 |
| 14 | Capital One, N.A. (Menards) | 7100-000 | 5,490.00 | 5,898.94 | 5,898.94 | 64.20 |
| 15 | Kosia Properties LLC | 7100-000 | 65,151.78 | 71,924.12 | 71,924.12 | 782.72 |
| 16 | UMB Bank, Na | 7100-000 | 3,375.00 | 3,532.97 | 3,532.97 | 38.45 |
| 17 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 12,699.44 | 12,699.44 | 138.20 |
| 18 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 11,200.77 | 11,200.77 | 121.89 |
| 19 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 4,159.56 | 4,159.56 | 45.27 |
| 20 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 19,560.35 | 19,560.35 | 212.87 |
| 21 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 3,829.20 | 3,829.20 | 41.67 |
| 22 | US Bank N.A. | 7100-000 | N/A | 649.16 | 649.16 | 7.06 |
| 23 | US Bank N.A. | 7100-000 | N/A | 624.35 | 624.35 | 6.79 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 18,548.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 12,466.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 3,917.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 10,764.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 3,696.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 3,763.14 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 19,137.30 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA) N.A. Bankruptcy Claims | 7100-000 | 5,382.57 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (Menards) | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Carsons | 7100-000 | 270.87 | N/A | N/A | 0.00 |
| NOTFILED | Card Services | 7100-000 | 3,451.74 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 12,537.27 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. (BP card) | 7100-000 | 562.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 3,952.43 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CitiBank South Dakota | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of Michael B Spencer, PC | 7100-000 | 33,270.06 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 534.00 | N/A | N/A | 0.00 |
| NOTFILED | Grenada Lake Medical Center | 7100-000 | 76.35 | N/A | N/A | 0.00 |
| NOTFILED | William P. Volk | 7100-000 | 1,167.48 | N/A | N/A | 0.00 |
| NOTFILED | Firestone Complete Auto Care | 7100-000 | 1,797.13 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Florida Power and Light Company General Mail Facilty | 7100-000 | 57.34 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 1,899.69 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 1,753.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 166.79 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 29,679.16 | N/A | N/A | 0.00 |
| NOTFILED | BP Oil | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First, N.A. | 7100-000 | 1,797.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Manhart c/o Frisse & Brewster Law Offices | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of Amercia | 7100-000 | 11,712.25 | N/A | N/A | 0.00 |
| NOTFILED | AT&T/Citi Cards | 7100-000 | 447.58 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 43,244.82 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 27,439.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,017.87 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank of Delaware | 7100-000 | 14,956.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $411,866.95 | $288,306.46 | $288,306.46 | $3,137.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Period Ending:** 12/06/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 12/28/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 06/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence: Single family house, Location: 33W349<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 650,000.00 | 0.00 | | 0.00 | FA |
| 2  Rental: Duplex, Location: 711 S. 4th Street, St<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 160,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash on Hand<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 800.00 | 0.00 | | 0.00 | FA |
| 4  Checking Account (ending-0468)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 133.01 | 0.00 | | 0.00 | FA |
| 5  Checking Account (ending-9544)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 183.00 | 0.00 | | 0.00 | FA |
| 6  Checking Account (ending-0785)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Checking Account (ending-3462)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Checking Account (ending-1076)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Savings Account (ending-0624)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 518.00 | 0.00 | | 0.00 | FA |
| 10  Savings Account (ending-7769)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 667.75 | 0.00 | | 0.00 | FA |
| 11  Savings Account (ending-1073)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 148.27 | 0.00 | | 0.00 | FA |
| 12  Misc. Furniture | 205.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Period Ending:** 12/06/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 12/28/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 06/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | | | | | |
| 13   Misc. Appliances<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 125.00 | 0.00 | | 0.00 | FA |
| 14   Misc. Household Furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 15   Misc. Audio-Video Equipment (old camera)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 10.00 | 0.00 | | 0.00 | FA |
| 16   Old computers (2) and desk<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 58.00 | 0.00 | | 0.00 | FA |
| 17   Misc. small personal glass collectables<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 18   Misc. Books-Music<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 120.00 | 0.00 | | 0.00 | FA |
| 19   Misc. Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 150.00 | 0.00 | | 0.00 | FA |
| 20   Misc. Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 188.00 | 0.00 | | 0.00 | FA |
| 21   Misc. Sports Equipment<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 10.00 | 0.00 | | 0.00 | FA |
| 22   Life Insurance (ending-2852)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 515.00 | 515.00 | | 0.00 | FA |
| 23   Life Insurance (ending-9598)<br>Orig. Asset Memo: Imported from original petition | 238.45 | 238.45 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Period Ending:** 12/06/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 12/28/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 06/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1; Imported from Amended Doc#: 14 |  |  |  |  |  |
| 24 | Life Insurance (ending-2589)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 641.84 | 641.84 |  | 0.00 | FA |
| 25 | Life Insurance (ending-2588)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 784.61 | 784.61 |  | 0.00 | FA |
| 26 | Auto: 1985 Cadillac Seville (158,000 miles; poor<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 200.00 | 0.00 |  | 0.00 | FA |
| 27 | Auto: 1991 Range Rover (158,000 miles; fair/poor<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 400.00 | 0.00 |  | 0.00 | FA |
| 28 | Auto: 2002 Dodge Durango (142,000 miles; fair/po<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 29 | Trailer: 1979 utility trailer<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 100.00 | 0.00 |  | 0.00 | FA |
| 30 | Boat: 1985 Searay Sundancer (poor & damaged cond<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 500.00 | 0.00 |  | 0.00 | FA |
| 31 | Animals: 5 yr. old dog<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 14 | 0.00 | 0.00 |  | 0.00 | FA |
| 32 | Stock: 200 shares of The Walt Disney Company<br>  Imported from Amended Doc#: 14 | 10,000.00 | 10,000.00 |  | 5,000.00 | FA |
| 32 | **Assets** Totals (Excluding unknown values) | **$828,695.93** | **$12,179.90** |  | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Final account mailed to US Trustee 10/15/13

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Period Ending:** 12/06/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 12/28/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 06/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2013    **Current Projected Date Of Final Report (TFR):** August 20, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Taxpayer ID #:** **-***9332  
**Period Ending:** 12/06/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****959866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/13 | {32} | Roger Starr | Liquidation of stock | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 09/07/13 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,690.00 |
| 09/07/13 | 102 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $552.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 552.50 | 3,137.50 |
| 09/07/13 | 103 | Discover Bank | Dividend paid 1.08% on $10,422.39; Claim# 1; Filed: $10,422.39; Reference: | 7100-000 | | 113.43 | 3,024.07 |
| 09/07/13 | 104 | Discover Bank | Dividend paid 1.08% on $6,500.76; Claim# 2; Filed: $6,500.76; Reference: XXXXXXXX1074 | 7100-000 | | 70.74 | 2,953.33 |
| 09/07/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid 1.08% on $4,330.28; Claim# 4; Filed: $4,330.28; Reference: XXXXXXXX0310 | 7100-000 | | 47.12 | 2,906.21 |
| 09/07/13 | 106 | Capital One Bank (USA), N.A. | Dividend paid 1.08% on $5,470.77; Claim# 5; Filed: $5,470.77; Reference: XXXXXXXX3031 | 7100-000 | | 59.54 | 2,846.67 |
| 09/07/13 | 107 | Capital One Bank (USA), N.A. | Dividend paid 1.08% on $4,214.21; Claim# 6; Filed: $4,214.21; Reference: XXXX-XXXX-XXXX-7042 | 7100-000 | | 45.86 | 2,800.81 |
| 09/07/13 | 108 | CERASTES, LLC | Dividend paid 1.08% on $14,956.78; Claim# 7; Filed: $14,956.78; Reference: | 7100-000 | | 162.77 | 2,638.04 |
| 09/07/13 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 1.08% on $11,712.25; Claim# 8; Filed: $11,712.25; Reference: | 7100-000 | | 127.46 | 2,510.58 |
| 09/07/13 | 110 | FIA CARD SERVICES, N.A. | Dividend paid 1.08% on $27,439.81; Claim# 9; Filed: $27,439.81; Reference: | 7100-000 | | 298.61 | 2,211.97 |
| 09/07/13 | 111 | FIA CARD SERVICES, N.A. | Dividend paid 1.08% on $43,244.82; Claim# 10; Filed: $43,244.82; Reference: | 7100-000 | | 470.61 | 1,741.36 |
| 09/07/13 | 112 | American Express Centurion Bank | Dividend paid 1.08% on $589.72; Claim# 11; Filed: $589.72; Reference: | 7100-000 | | 6.42 | 1,734.94 |
| 09/07/13 | 113 | American Express Centurion Bank | Dividend paid 1.08% on $1,067.95; Claim# 12; Filed: $1,067.95; Reference: XXXXXXXXXXXX5943 | 7100-000 | | 11.62 | 1,723.32 |
| 09/07/13 | 114 | Garvin Manhart | Dividend paid 1.08% on $24,000.00; Claim# 13; Filed: $24,000.00; Reference: | 7100-000 | | 261.18 | 1,462.14 |
| 09/07/13 | 115 | Capital One, N.A. (Menards) | Dividend paid 1.08% on $5,898.94; Claim# | 7100-000 | | 64.20 | 1,397.94 |

Subtotals :    $5,000.00    $3,602.06

{} Asset reference(s)

Printed: 12/06/2013 12:15 PM    V.13.13

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-50514  
**Case Name:** STARR, ROGER DENNIS  
STARR, VALERIE OTT  
**Taxpayer ID #:** **-***9332  
**Period Ending:** 12/06/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****959866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 14; Filed: $5,898.94; Reference: XXXX-XXXX-XXXX-9000 | | | | |
| 09/07/13 | 116 | Kosia Properties LLC | Dividend paid 1.08% on $71,924.12; Claim# 15; Filed: $71,924.12; Reference: XXXX#X-XX-XXX357-C | 7100-000 | | 782.72 | 615.22 |
| 09/07/13 | 117 | UMB Bank, Na | Dividend paid 1.08% on $3,532.97; Claim# 16; Filed: $3,532.97; Reference: XXXXXXXX0900 | 7100-000 | | 38.45 | 576.77 |
| 09/07/13 | 118 | eCAST Settlement Corporation, assignee | Dividend paid 1.08% on $12,699.44; Claim# 17; Filed: $12,699.44; Reference: | 7100-000 | | 138.20 | 438.57 |
| 09/07/13 | 119 | eCAST Settlement Corporation, assignee | Dividend paid 1.08% on $11,200.77; Claim# 18; Filed: $11,200.77; Reference: | 7100-000 | | 121.89 | 316.68 |
| 09/07/13 | 120 | eCAST Settlement Corporation, assignee | Dividend paid 1.08% on $4,159.56; Claim# 19; Filed: $4,159.56; Reference: | 7100-000 | | 45.27 | 271.41 |
| 09/07/13 | 121 | eCAST Settlement Corporation, assignee | Dividend paid 1.08% on $19,560.35; Claim# 20; Filed: $19,560.35; Reference: | 7100-000 | | 212.87 | 58.54 |
| 09/07/13 | 122 | eCAST Settlement Corporation, assignee | Dividend paid 1.08% on $3,829.20; Claim# 21; Filed: $3,829.20; Reference: | 7100-000 | | 41.67 | 16.87 |
| 09/07/13 | 123 | US Bank N.A. | Dividend paid 1.08% on $649.16; Claim# 22; Filed: $649.16; Reference: | 7100-000 | | 7.06 | 9.81 |
| 09/07/13 | 124 | US Bank N.A. | Dividend paid 1.08% on $624.35; Claim# 23; Filed: $624.35; Reference: | 7100-000 | | 6.79 | 3.02 |
| 09/07/13 | 125 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

{} Asset reference(s)   Printed: 12/06/2013 12:15 PM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-50514 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** STARR, ROGER DENNIS | **Bank Name:** Rabobank, N.A. |
| STARR, VALERIE OTT | **Account:** ****959866 - Checking Account |
| **Taxpayer ID #:** **-***9332 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/06/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 5,000.00

Net Estate : $5,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****959866** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/06/2013 12:15 PM    V.13.13